An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN CAHILL, AS SPECIAL
ADMINISTRATOR FOR THE ESTATE
OF WILLIAM R. ARNOLD, SR., A/K/A
BILLIE RAE ARNOLD,

Appellant,

vs.

JOAN ARNOLD,

Respondent.

No. 63238

**FILED**

JAN 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Thomas H. Harris

cc: Hon. Sandra L. Pomrenze, District Judge, Family Court Division
Paul H. Schofield, Settlement Judge
Lee A. Drizin, Chtd.
Silverman, Decaria & Kattelman, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-00048